IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **AUSTIN WORKS, et al** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| **FLOWERS FOODS, INC., et al** | **MAGISTRATE JUDGE** |

APPLICATION FOR DISCOVERY IN AID OF A
FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Austin Works, et al., and six other lawsuits discussed in Paragraphs 4-17 below, include over ninety (90) individuals across all lawsuits ("Petitioners"). A list of all Petitioners is attached hereto as **Exhibit 1**. Petitioners, along with Defendants below, hereby apply for discovery in aid of a proceeding before a foreign legal tribunal pursuant to 28 U.S.C. § 1782, as follows:

1.

Flowers Foods Inc., Flowers Baking Co. of Tyler L.L.C., Flowers Baking Company Of Baton Rouge, LLC and Flowers Baking Co. of New Orleans L.L.C. make up the defendants across the seven (7) lawsuits filed ("Defendants").

2.

Concurrent with this filing, Plaintiffs and Defendants (collectively, the "Parties") filed a consent motion for a protective order in *Works, et al. v Flowers Foods, Inc., et al,* in the United District Court for the Western District of Louisiana, Monroe Division, and identified by case number 3:21-cv-03567. Parties have sought for this protective order to also apply in *Michael Coco, et al v. Flowers Foods Inc., et al,* No. 2:21-cv-03564 (W.D. La.); *Joey Frederick, et al v. Flowers Foods, Inc., et al*, No. 6:21-cv-03565 (W.D. La.); *David Jones, et al v. Flowers Food, Inc., et al,* No. 2:21-cv-01858 (E.D. La.); *Joseph Ash, et al v. Flowers Foods, Inc., et al,* No. 1:21-

1

cv-03566 (W.D. La.); *Brian Charles Boon, et al v. Flowers Foods, Inc., et al*, No. 5:21-cv-03568 (W.D. La.); and *Jerome King, et al v. Flowers Foods, Inc., et al*, No. 3:21-cv-00579 (M.D. La.) cases.

3.

Parties anticipate that the United States District Court for the Western District of Louisiana, Monroe Division will issue an order appointing Magistrate Judge Martin Fitzpatrick of the United States District Court for the Northern District of Florida to preside in person and in real time over the deposition of Jimmy Woodward ("Woodward") to enforce the terms of the protective order at the United States Courthouse, 111 North Adams Street, Tallahassee, Florida 32301.

4.

On or about October 11, 2021, Michael Coco, Brett Dommert, James McConnell, Jordan Nelson, Blaine Soileau, Terry Bass, Brennan Brown, John Carey, Raymond Francis, Donnie Tellis, and Robert Tyson filed a Complaint in the United States District Court for the Western District of Louisiana, Lake Charles Division against Flowers Foods Inc. and Flowers Baking Co. of Baton Rouge L.L.C. This action is identified by case number 2:21-cv-03564.

5.

A true and correct copy of the Complaint is attached hereto as **Exhibit 2**.

6.

On or about October 11, 2021, Joey Frederick, Jefferey Zelman, Jared Hebert, Casey Dohman, Harold Johnson, Jason Quebedeaux, Ted Shuff, Kirby Porter, Steven Romero, Ezekiel Lazard, Ronnie Trosclair, Jake Fontenot, Joseph Jeffers, Gerald Breaux, Michael Duhon, Daryl Miller, Cody Desormeaux, Anthony Dugas, and Aaron Bourque filed a Complaint in the United States District Court for the Western District of Louisiana, Lafayette Division against Flowers

Foods Inc. and Flowers Baking Co. of Baton Rouge L.L.C. This action is identified by case number 6:21-cv-03565.

7.

A true and correct copy of the Complaint is attached hereto as **Exhibit 3**.

8.

On or about October 11, 2021, Brian Charles Boone, Raymond Knight, Jason Craven, Randall Hernandez, Carnell Williams, Gerald Sanders, and Cartrell Williams filed a Complaint in the United States District Court for the Western District of Louisiana, Shreveport Division against Flowers Foods Inc. and Flowers Baking Co. of Tyler L.L.C. This action is identified by case number 5:21-cv-03568.

9.

A true and correct copy of the Complaint is attached hereto as **Exhibit 4**.

10.

On or about October 11, 2021, David Jones, Irvin Prince, Timothy Pejsach, George Kauffman, Robert Powell, Dennis Ory, Henri Bourg, Julian Penisson, Ryan Skaggs, Jeffrey Batson, Chris Riley, Michael Aymond, John Meche, Earl Abadie, Michael Normand, Louis Karsolich, Artie Ferrill, Jerry Bell, Bryan Roy, John Pierce, Joseph Roche, Ronald Gardet, Kenneth Seals, Patrick Belton, and Omar Zaideh filed a Complaint in the United States District Court for the Eastern District of Louisiana against Flowers Foods Inc. and Flowers Baking Co. of New Orleans L.L.C. This action is identified by case number 2:21-cv-01858.

11.

A true and correct copy of the Complaint is attached hereto as **Exhibit 5**.

12.

On or about October 11, 2021, Jerome King, Benjamin Botos, Cornelius Collins, Donnie Torres, Barry Devall, Ray Zeringue, Gregory Lejeune, Bruce Naquin, Mark Bueche, Bobby Trahan, and Nellis Chassion filed a Complaint in the United States District Court for the Middle District of Louisiana, Baton Rouge Division against Flowers Foods Inc. and Flowers Baking Co. of Baton Rouge L.L.C.  This action is identified by case number 3:21-cv-00579.

13.

A true and correct copy of the Complaint is attached hereto as **Exhibit 6**.

14.

On or about October 11, 2021, Joseph Ash, Justin Bolton, and Matthew Crawford filed a Complaint in the United States District Court for the Western District of Louisiana, Alexandria Division against Flowers Foods Inc. and Flowers Baking Co. of Baton Rouge L.L.C.  This action is identified by case number 1:21-cv-03566.

15.

A true and correct copy of the Complaint is attached hereto as **Exhibit 7**.

16.

On or about October 11, 2021, Austin Works, Michael Lynch, Carlton Grigsby, Mack Gordon, Chad Holcomb, Charles Tillman, Solomon Williams, Jay Steven Smith, Timothy Randels, Freddie Oliveaux, Jason Albritton, and Shagrey Jones filed a Complaint in the United States District Court for the Western District of Louisiana, Monroe Division against Flowers Foods Inc. and Flowers Baking Co. of Tyler L.L.C.  This action is identified by case number 3:21-cv-03567.

17.

A true and correct copy of the Complaint is attached hereto as **Exhibit 8**.

18.

Pursuant to 28 U.S.C. § 1782 (a):

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal . . . The order may be made . . . the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court . . . To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

19.

The United States District Court for the Western District of Louisiana is a "foreign tribunal" within the meaning of 28 U.S.C. § 1782.

20.

Petitioners are "interested persons" within the meaning of 28 U.S.C. § 1782. Defendants are also "interested persons" within the meaning of this provision.

21.

Petitioners seek to obtain the relevant "testimony or statement" from Jimmy Woodward, consistent with the terms of the agreed-upon consent protective order, "for use in a proceeding in a foreign tribunal" in accordance with 28 U.S.C. § 1782.

22.

Jimmy Woodward, the person from whom Petitioners seek to obtain testimony, resides or may be found in the Northern District of Florida in accordance with 28 U.S.C. § 1782. Pursuant thereto, the Northern District of Florida has jurisdiction to consider and rule on this matter.

23.

Petitioners and Defendants request an order directing "that the testimony or statement be given … before a person appointed by the court" pursuant to the agreed-upon consent protective order between the Parties.

24.

Petitioners and Defendants request an order appointing a Magistrate of the United States District Court for the Northern District of Florida, before whom shall "the testimony or statement" of Jimmy Woodward be taken in accordance with 28 U.S.C. § 1782 and pursuant to the terms of the parties' agreed-upon consent protective order.

Dated this 23rd day of November, 2022.

Respectfully submitted,

/s/Jennifer Monrose Moore
JENNIFER MONROSE MOORE (#35602)
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Phone: (813) 289-1247
Fax:    (813) 289-6530
Email: jennifer.moore@ogletree.com

Respectfully submitted,

/s/ Steven G. Durio
STEVEN G. DURIO (#05230)
D. PATRICK KEATING (#14417)
RANDY M. GUIDRY (#26909)
LAUREN ASHLEY NOEL (#37243)
**Durio, McGoffin, Stagg & Guidry**
220 Heymann Boulevard (70503)
Post Office Box 51308
Lafayette, LA  70505-1308
Phone: (337) 233-0300
Fax:    (337) 233-0694
Email: durio@dmsfirm.com
       rick@dmsfirm.com
       randy@dmsfirm.com
       lauren@dmsfirm.com

TRAVIS J. BROUSSARD (#33036)
130 South Audubon Boulevard, Suite 109
Post Office Box 82238
Lafayette, LA 70598-2238
Phone: (337) 316-8135
Fax:    (337) 233-9095
Email: travis.broussard@live.com

RYAN M. GOUDELOCKE (#30525)
130 South Audubon Blvd., Suite 105
Lafayette, LA  70503
Phone: (337) 345-1985
Fax:    (337) 233-9095
Email: ryan@goudelocke.law

THOMAS M. HAYES, IV (#28600)
**Hayes, Harkey, Smith & Cascio, L.L.P.**
2811 Kilpatrick Boulevard (71201)
Post Office Box 8032
Monroe, LA 71211-8032
Phone: (318) 387-2422
Fax:    (318) 388-5809
Email: tommy@hhsclaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of November, 2022 I filed the foregoing APPLICATION FOR DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 with the Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/Jennifer Monrose Moore
JENNIFER MONROSE MOORE